**Order entered April 14, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01356-CR

**ELIZABETH HENDERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-63121-Q**

## ORDER

The Court **REINSTATES** the appeal.

On March 17, 2014, we ordered the trial court to make findings regarding why the clerk's and reporter's records had not been filed. On March 18, 2014, we received the clerk's record. On April 11, 2014, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the March 17, 2014 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/     DAVID EVANS
         JUSTICE